**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Bernard CAROTHERS, a/k/a
Unc, a/k/a Uncle, a/k/a Big Unc,
Defendant–Appellant.**

No. 12–6106.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Michael Bernard Carothers, Appellant Pro Se. Susan Zalkin Hitt, Assistant United States Attorney, James Chris Leventis, Jr., Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Bernard Carothers appeals the district court's orders denying his motions for reduction of sentence under 18 U.S.C. § 3582 (2006) and denying his motion for reconsideration. On appeal, we confine our review to the issues raised in Carothers' brief. *See* 4th Cir. R. 34(b). Because

Carothers' informal brief does not challenge the basis for the district court's disposition, Carothers has forfeited appellate review. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*